| | |
|---|---|
| 1 | DAVID E. BRULE, #042728 |
| | JEFFREY J. ROONEY, # 127448 |
| 2 | BRULE & ROONEY, LLP |
| | 1500 Newell Avenue, Suite 409 |
| 3 | Walnut Creek, CA  94596 |
| | (925) 934-7400 |
| 4 | FAX: 934-7520 |
| 5 | Attorneys for Plaintiff |
| | MilePost Inns, Inc. dba |
| 6 | Milepost Industries |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILEPOST INNS, INC., d/b/a MILEPOST INDUSTRIES, | Case No. C-03-2510 (CRB) (ADR) |
| Plaintiff, | ~~CASE MANAGEMENT STATEMENT~~ |
| vs. | Date:        July 8, 2005 |
| NORFOLK SOUTHERN CORPORATION, and NORFOLK SOUTHERN RAILWAY COMPANY; | Time:        8:30 a.m. |
| Defendants. | Courtroom: 8 |

      The nature of this matter is commercial litigation.  On July 18, 2003, the court ruled that the above matter be assigned to binding arbitration.  The parties have selected JAMS to be the provider of the arbitration services and F. Carlton King, Jr., was selected as the arbitrator.

      On June 20, 2005 and continuing through June 22, 2005, the parties attended arbitration, in Atlanta, Georgia.  Shortly after Arbitration, the Arbitrator F. Carlton King, Jr., served on all parties Scheduling Order Number 10.  In that order, Defendant Norfolk Southern Corporation is to file its post-hearing brief on July 29, 2005 and Plaintiff Milepost Inns, Inc., is to file its reply

on August 5, 2005. From that date of August 5, 2005, the Arbitrator shall have 30 days to submit his ruling.

It is hereby respectively requested that the Status Conference hearing, set for July 8, 2005, at 8:30 a.m., be continued to a future date in late September, 2005.

Dated: July 1, 2005                                         BRULE & ROONEY, LLP


By: s/JEFFREY J. ROONEY_____
JEFFREY J. ROONEY, Attorney for
MilePost Inns, Inc. dba Milepost Industries


CASE MANAGEMENT ORDER

The court having read the foregoing Case Management Statement and taking into consideration the request for continuance now rules as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Status Conference set for July 8, 2005, at 8:30 a.m., in Courtroom 8, is to be continued to ____October 14_____, 2005, at ___8:30_____ a.m., in Courtroom 8.


Dated: __July 06_____, 2005        _____
                                    THE HONORABLE CHARLES R. BREYER

*APPROVED - Judge Charles R. Breyer - United States District Court, Northern District of California*