1  DAVID E. BRULE, #042728
   JEFFREY J. ROONEY, # 127448
2  BRULE & ROONEY, LLP
   1500 Newell Avenue, Suite 409
3  Walnut Creek, CA  94596
   (925) 934-7400
4  FAX: 934-7520

5  Attorneys for Plaintiff
   Milepost Inns, Inc. dba
6  Milepost Industries

7

8

9

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12

13

14 | MILEPOST INNS, INC., d/b/a MILEPOST INDUSTRIES,      Case No. C-03-2510 (CRB) (ADR)
                                                              ORDER
15 |     Plaintiff,                                           ~~CASE MANAGEMENT
                                                              STATEMENT~~
~~16~~| vs.
                                                         Date:     October 28, 2005
17 | NORFOLK SOUTHERN CORPORATION,
   and NORFOLK SOUTHERN RAILWAY                          Time:     8:30 a.m.
18 | COMPANY;
                                                         Courtroom: 8
19 |     Defendants.

20
          The nature of this matter is commercial litigation.  On July 18, 2003, the court ruled that
21
   the above matter be assigned to binding arbitration.  The parties selected JAMS to be the
22
   provider of the arbitration services and F. Carlton King, Jr., was selected as the arbitrator.
23
   On June 20, 2005 and continuing through June 22, 2005, the parties attended arbitration, in
24
   Atlanta, Georgia.  Shortly after Arbitration, the Arbitrator F. Carlton King, Jr., served on all
25
   parties Scheduling Order Number 9 and amended such order with Scheduling Order Number 10,
26
   on June 30, 2005.  In accordance with those Orders, Plaintiff filed its Post Arbitration Brief on
27

28

July 8, 2005, Defendant filed its post-hearing brief on July 29, 2005, and Plaintiff's reply was filed on August 5, 2005.

On August 15, 2005, the Arbitrator F. Carlton King, Jr., issued his monetary Award in favor of Plaintiff. Plaintiff submitted a letter to the Arbitrator requesting clarification on the Award in regard to the interest on the settlement reached at mediation. The Arbitrator issued a Supplemental Award, which specifically addressed the issue brought by Plaintiff. The Supplemental Award made no change to the monetary Award; therefore, the Arbitrator's Award issued on August 15, 2005, became final.

On September 30, 2005, Plaintiff filed a Motion to Confirm Arbitration Award seeking to protect its enforcement rights and seeks an order confirming the Arbitration Award and a conforming judgment. This motion is set to be heard on November 18, 2005, at 10:00 a.m..

It is hereby respectfully requested that the Status Conference hearing, set for October 28, 2005, at 8:30 a.m., be continued to November 18, 2005, at 10:00 a.m., or in the alternative, to a future date after November 18, 2005.

Dated: October 12, 2005                BRULE & ROONEY, LLP

By: s/JEFFREY J. ROONEY
JEFFREY J. ROONEY, Attorney for
MilePost Inns, Inc. dba Milepost Industries

CASE MANAGEMENT ORDER

The court having read the foregoing Case Management Statement and taking into consideration the request for continuance now rules as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Status Conference set for October 28, 2005, at 8:30 a.m., in Courtroom 8, is to be continued to __Nov. 18, 2005__, 2005, at __8:30__ a.m., in Courtroom 8.

Dated: __October 24__, 2005                _____
THE HONORABLE CHARLES R. BREYER

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA