DAVID E. BRULE, #042728
JEFFREY J. ROONEY, # 127448
BRULE & ROONEY, LLP
1500 Newell Avenue, Suite 409
Walnut Creek, CA 94596
(925) 934-7400
FAX: 934-7520

Attorneys for Plaintiff
MilePost Inns, Inc. dba
Milepost Industries

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILEPOST INNS, INC., d/b/a MILEPOST INDUSTRIES,<br><br>    Plaintiff,<br><br>vs.<br><br>NORFOLK SOUTHERN CORPORATION, and NORFOLK SOUTHERN RAILWAY COMPANY;<br><br>    Defendants. | Case No. C-03-2510 (CRB) (ADR)<br><br>ORDER CONFIRMING ARBITRATION AWARD<br><br>Date:         November 21, 2005<br>Time:        10:00 a.m.<br>Courtroom: 8<br>Judge:       Charles R. Breyer |

On November 18, 2005, this Court held a hearing on Milepost Inns, Inc.'s motion for an order confirming the award of the arbitrator made in this matter.

The court has considered the declaration in support of the motion, Exhibits attached to the declaration, and the arguments of counsel. It appears to the satisfaction of the court that the court has jurisdiction over this matter, and that the award of the arbitrator dated August 15, 2005 was properly made and that there is no basis for vacating, modifying, or correcting that award.  It also appears to the satisfaction of the court that the arbitration award was, pursuant to the terms of the contract, intended to be final and binding on the parties, so that this court has the power to confirm it under the provisions of Section 9 of the Federal Arbitration Act [9 U.S.C. §9].

Therefore, IT IS ORDERED that:

1. The award of the arbitrator in this matter, as attached as Exhibit "1" to the Declaration of Jeffrey J. Rooney in Support of Plaintiff's Motion to Confirm Arbitration Award, is CONFIRMED; and

2. The Clerk will enter this Court's judgment on this award.

Dated: November 21, 2005    _____
THE HONORABLE CHARLES R. BREYER

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA